**Order filed May 11, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00072-CV**

_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**WILMINGTON TRUST, N.A., NOT IN IT'S INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, Appellee**

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-068157**

## O R D E R

The notice of appeal in this case was filed December 9, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **May 26, 2021.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.